DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALERIE L. SMITH,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D19-1641

[March 19, 2020]

Appeal from the State of Florida, Department of Children and Families L.T. Case Nos. 18F-08710 and 1001854055.

Valerie L. Smith, Fort Pierce, pro se.

Laurel Hopper, Assistant General Counsel, Florida Department of Children and Families, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***